IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **JAMES MORRISON, JR.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**CARRINGTON MORTGAGE SERVICES LLC,**<br><br>and<br><br>**WILMINGTON SAVINGS FUND SOCIETY, FSB as TRUSTEE OF ACM STANWICH ALAMOSA 2020 TRUST,**<br><br>and<br><br>**PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA**<br><br>    **Defendants.** | **Civil Action No.  3:22-cv-00013-DJN** |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff James Morrison, Jr. stipulates that this action shall be dismissed with prejudice as to Defendants Carrington Mortgage Services LLC, Wilmington Savings Fund Society, FSB as Trustee of ACM Stanwich Alamosa 2020 Trust and Professional Foreclosure Corporation of Virginia and that each party to this Stipulation shall bear their own costs and attorney fees incurred in this action.  Pursuant to *Kokkonen v. Guardian Life*

*Insurance Co. of America*, 511 U.S. 375 (1994), this Stipulation of Dismissal explicitly reserves in this Court jurisdiction to enforce the terms of the Parties' Settlement Agreement.

As evidenced by the endorsements herein, Defendants consent to the dismissal provided for herein.

DATED this 13th day of March, 2022.

                                                  Respectfully submitted,

                                                  */s/* Jessica W. Thompson
                                                  Jessica W. Thompson (VSB # 75514)
                                                  **CENTRAL VIRGINIA LEGAL AID SOCIETY, INC.**
                                                  101 W. Broad Street, Suite 101
                                                  Richmond, VA 23220
                                                  Telephone: (804) 200-6037
                                                  Facsimile: (804) 864-8794
                                                  Email: jessica@cvlas.org
                                                  *Counsel for Plaintiff*

SEEN AND AGREED:

*/s/ J. Travers Clark*
James Travers Clark (VSB # 94706)
**AKERMAN LLP**
750 Ninth Street, N.W., Suite 750
Washington, D.C. 20001
Telephone: (202) 393-6222
Facsimile: (202) 393-5959
Email: trav.clark@akerman.com
*Counsel for Carrington Mortgage Services LLC*
*and Wilmington Savings Fund Society, FSB*
 *as Trustee of ACM Stanwich Alamosa 2020 Trust*

/s/ Malcolm B. Savage, III
Malcolm Savage, Esq. (VSB # 91050)
**LOGS Legal Group, LLP**
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
Telephone: 703-449-20109
Email: msavage@logs.com
*Counsel for Professional Foreclosure Corporation of Virginia*